UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT BISCAINO, INDIVIDUALLY
AND ON BEHALF OF OTHER PERSONS
SIMILARLY SITUATED,

                Plaintiffs,

-vs-                                   Case No. 6:11-cv-851-Orl-28DAB

RELIANCE HEATING AND AIR
CONDITIONING, INC.,

                Defendant.
_____

## ORDER

This case is before the Court on Defendant's Motion to Dismiss Complaint (Doc. No. 18) filed August 12, 2011, and Plaintiff's Motion to Approve Settlement (Doc. No. 19) filed August 22, 2011. The United States Magistrate Judge has submitted a report recommending that the motions be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 30, 2012 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Motion to Dismiss (Doc. No. 18) is **DENIED**.

3. Plaintiff's Motion to Approve Settlement (Doc. No. 19) is **DENIED without prejudice.**

4. The Court will enter the Case Management and Scheduling Order under separate order.

**DONE and ORDERED** in Chambers, Orlando, Florida this 17 day of February, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record