**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT BISCAINO, INDIVIDUALLY**
**AND ON BEHALF OF OTHER PERSONS**
**SIMILARLY SITUATED,**

        **Plaintiffs,**

**-vs-**        **Case No. 6:11-cv-851-Orl-28DAB**

**RELIANCE HEATING AND AIR**
**CONDITIONING, INC.,**

        **Defendant.**

_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 38) filed March 28, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of No Objection to the Report and Recommendation (Doc. No. 40), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 29, 2012 (Doc. No. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 38) is **GRANTED**.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___23rd___ day of April, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge